# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

RECEIVED
2006 MAR -2 P 3:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

v.

BENJAMIN LEYVA and
IRBIN LUNA ORTIZ

## CRIMINAL COMPLAINT

CASE NUMBER: 2:06mj24-DRB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 28, 2006,__ in __Montgomery__ County, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title __18__ United States Code, Section __1201(a)(1),__

I further state that I am a(n) __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:
                                          Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____Tyler McCurdy_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 2, 2006 _____ at __Montgomery, Alabama__
Date                                                 City and State

DELORES R. BOYD, U.S. MAGISTRATE JUDGE   _____/s/_____
Name & Title of Judicial Officer                Signature of Judicial Officer