# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

BENJAMIN LEYVA

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj24-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ BENJAMIN LEYVA _____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying away and holding for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title __18__, United States Code, Section(s) __1201(a)(1)__.

| DELORES R. BOYD | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 03/02/06   Montgomery, AL |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____   by _____

                                    Name of Judicial Officer

*RECEIVED 2006 MAR -3 P 3:43 U.S. MARSHAL SERVICE MIDDLE ALABAMA*

*RETURNED AND FILED MAR - 6 2006 CLERK U.S. DISTRICT C... MIDDLE D...*

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/3/06 | FBI Grants, NM | by: Debi Brown |
| DATE OF ARREST | | |
| 3/1/06 | | |

AO 442 (Rev. 5/81) Warrant for Arrest