**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 03/22/2006

DIGITAL RECORDING: 3:28–3:39 pm

- ✓ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.
CASE NO.: 2:06mj24-DRB: 01
DEFT. NAME: Benjamin LEYVA
USA: Redmond
ATTY: Butler
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO ( ) Stand In ONLY
USPTSO/USPO: Thweatt

Defendant ✓ does ___ does NOT need an interpreter

Interpreter present ___ NO ✓ YES    NAME: Beverly Childress

- ☐ kars.  Date of Arrest _____ or ☐ karsr40
- ✓ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ kcnsl.  Deft. First Appearance with Counsel
- ☐  Deft. First Appearance without Counsel
- ✓  Requests appointed Counsel  ✓ ORAL MOTION for Appointment of Counsel
- ✓ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ✓ koappted  ORAL ORDER appointing Community Defender Organization ✓ - Notice to be filed.
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.  Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.  Release order entered. Deft. advised of conditions of release
- ☐ kbnd.  ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ✓ kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ✓  Preliminary Hearing ✓ Set for 3-24-06 at 10:30 am
- ☐ ko.  Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr.  ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
- ☐  Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt  Waiver of Speedy Trial Act Rights Executed