IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 2:06-mj-0024-DRB |
| ) | |
| BENJAMIN LEYVA and ) | |
| IRBIN LUN ORTIZ ) | |

## ORDER ON MOTIONS

At defendants' oral motions for their scheduled initial appearances on the criminal complaint filed herein, each defendant orally moved, by duly appointed counsel, for a preliminary hearing. It is, therefore, **ORDERED** that the motions are hereby **GRANTED, and a consolidated preliminary hearing is** set at **10:30 a.m. on Friday, March 24, 2006**. Pending the hearing, the defendants will be held in custody of the U.S. Marshal and produced for the hearing.

Done this 23rd day of March, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE