IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:06-mj-0024-DRB |
| ) | |
| BENJAMIN LEYVA and ) | |
| IRBIN LUN ORTIZ ) | |

## ORDER ON MOTION

At the defendants' initial appearance on the criminal complaint herein, each defendant made a counseled waiver of any detention hearing. Accordingly, for the good cause stated in the *Government's Motion for Detention Hearing* (Doc. 7, filed March 22, 2006), it is

**ORDERED** that the motion is **GRANTED** to the extent of its request for detention.

Therefore, it is ORDERED that each defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Each defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver each defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done this 23rd day of March, 2006.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE